IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Javier Aburto-Sanchez, on behalf of himself and all other similarly situated persons, known and unknown, Plaintiffs, <br> v. <br> Luxury Marble & Granite Design, Inc., and Beatriz Trigueros, Defendants. | Case No. 1:16-cv-8428 <br><br> Hon. Judge Kennelly |

## NOTICE OF VOLUNTARY DISMISSAL

Named plaintiff Javier Aburto-Sanchez and opt-in plaintiff Juan Padilla, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party having neither filed an Answer or a Motion for Summary Judgment, respectfully requests that the Court dismiss all causes of action against Defendants, with prejudice.

Respectfully submitted,


Dated: March 23, 2017


/s/Raisa Alicea
Raisa Alicea
Consumer Law Group, LLC
6232 N. Pulaski, Ste. 200
Chicago, IL 60646
(312) 800-1017
ralicea@yourclg.com